2010-0727.   Indus. Land Partners, L.L.C. v. Summit Cty. Bd. of Revision.
Board of Tax Appeals, No. 2007-K-1287. This cause is pending before the court as an appeal from the

Board of Tax Appeals.

Upon consideration of the joint motion to remand, it is ordered by the court that the motion is granted, and this appeal is remanded to the Board of Tax Appeals for the purpose of entering a stipulation and order reflecting a settlement.